THOMAS J. REYNOLDS, Appellant, *v.* RANSOM H. MILLER, Respondent.

*Reynolds* v. *Miller*, 79 Hun, 113, affirmed.
(Argued October 21, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 20, 1894, which denied a motion for a new trial made upon exceptions ordered to be heard in the first instance at General Term, and ordered judgment in favor of defendant upon a verdict.

*William Carter* for appellant.

*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT, J., not sitting.

---

GILBERT NEWTON, Respondent, *v.* THE CENTRAL VERMONT RAILROAD COMPANY, Appellant.

*Newton* v. *Central Vermont R. R. Co.*, 80 Hun, 491, affirmed.
(Argued October 22, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered October 13, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict and also affirmed an order denying a motion for a new trial.

*Louis Hasbrouck* for appellant.

*J. P. Badger* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.